UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

          Case No.: 23-43741-JMM

   EAST HEMPSTEAD PARTNERS, INC.,

          <u>CHAPTER 11</u>

            DEBTOR.

-----------------------------------------------------------------X

## <u>VERIFICATION OF DEBTOR'S MATRIX LIST OF CREDITORS</u>

The undersigned, the Attorney for the Debtor herein, hereby verifies the attached list of

creditors is true and correct based upon the information supplied to me, at this time.

Dated:  April 28, 2026

                    Michael L. Previto
                    *Attorney for Debtor*
                    150 Motor Parkway, Suite 401
                    Hauppauge, NY 11788
                    (631) 379-0837

1

To:    U.S. Bank National Assn.
c/o Friedman Vartolo
1325 Franklin Avenue
Garden City, NY 11539

Friedman Vartolo
85 Broad Street
New York, NY 10004

U.S. Bank National Assn.
100 Wall Street
New York, NY 10005

2